ARIAS SANGUINETTI WANG & TEAM LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD EIGENBERG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USA WASTE OF CALIFORNIA, INC. d/b/a WASTE MANAGEMENT,<br><br>Defendant. | Case No. 5:24-cv-490-SVW-SHK<br><br>**ORDER GRANTING STIPULATED REQUEST FOR REMOTE ATTENDANCE FOR HEARING ON MOTION FOR SETTLEMENT APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>*Hon. Stephen V. Wilson*<br><br>Date: Monday, November 10, 2025<br>Time: 1:30 p.m. PT<br>Courtroom: 10A |

Page 1

**ORDER GRANTING STIPULATED REQUEST FOR REMOTE ATTENDANCE FOR HEARING ON MOTION FOR SETTLEMENT APPROVAL OF CLASS ACTION SETTLEMENT**

The Court, having considered the Parties' Stipulation and accompanying Declaration, and for good cause shown, hereby orders counsel for Waste Management may appear remotely via Zoom at the hearing on November 10, 2025 for Motion for Settlement Approval of Class Action Settlement (Dkt. No. 51).

IT IS SO ORDERED.

Date: October 23, 2025

By: /s/ Stephen V. Wilson
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Page 2

ORDER GRANTING STIPULATED REQUEST FOR REMOTE ATTENDANCE FOR HEARING ON MOTION FOR SETTLEMENT APPROVAL OF CLASS ACTION SETTLEMENT