UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD EIGENBERG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USA WASTE OF CALIFORNIA, INC. d/b/a WASTE MANAGEMENT,<br><br>Defendant. | Case No. 5:24-cv-490-SVW-SHK<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR REMOTE ATTENDANCE FOR HEARING ON MOTION FOR SETTLEMENT APPROVAL OF CLASS ACTION SETTLEMENT** |

The Court, having considered the Parties' Stipulation and accompanying Declaration, and for good cause shown, hereby orders counsel for the Parties may appear remotely via Zoom at the supplemental hearing on December 1, 2025 for Motion for Settlement Approval of Class Action Settlement (Dkt. No. 51).

IT IS SO ORDERED.

Date: November 25, 2025

By: _____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE